**Wei MIN, Petitioner,**

v.

courts of this circuit except as provided by Ninth Circuit Rule 36–3.

96

Alberto R. GONZALES,* Attorney General, Respondent.

No. 04–73351.

United States Court of Appeals, Ninth Circuit.

Submitted June 14, 2005.**

Decided June 24, 2005.

John L. Ogletree, Law Office of John L. Ogletree, Los Angeles, CA, for Petitioner.

Regional Counsel, Western Region Immigration & Naturalization Service, Laguna Niguel, CA, Ronald E. Lefevre, Chief Legal Officer, Office of the District Counsel Department of Homeland Security, San Francisco, CA, OIL, DOJ–U.S. Department of Justice Civil Div./Office of Immigration Lit., Washington, DC for Respondent.

Before: KLEINFELD, TASHIMA, and THOMAS, Circuit Judges.

MEMORANDUM ***

Wei Min, a native and citizen of China, petitions for review of the Board of Immigration Appeals' ("BIA") order affirming without opinion the Immigration Judge's ("IJ") denial of his application for asylum, withholding of removal, and relief under the Convention Against Torture. We have jurisdiction under 8 U.S.C. § 1252. When the BIA affirms an IJ's decision without opinion, we review the IJ's decision for substantial evidence. *See Zi Lin Chen v. Ashcroft,* 362 F.3d 611, 616 (9th Cir.2004). We deny the petition.

Upon review of the record, we conclude that substantial evidence supports the IJ's adverse credibility determination. Min's testimony regarding the place where he was arrested after organizing a demonstration was inconsistent with the testimony of his witness. The discrepancy relates to the basis for his alleged fear of persecution and goes to the heart of his asylum claim. *See Chebchoub v. INS,* 257 F.3d 1038, 1043 (9th Cir.2001).

**PETITION FOR REVIEW DENIED.**

---

* Alberto R. Gonzales is substituted for his predecessor, John Ashcroft, as Attorney General of the United States, pursuant to Fed. R.App. P. 43(c)(2).

** This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

*** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by Ninth Circuit Rule 36–3.